**Order entered December 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00296-CR

## ROBERT EARL BUCKLEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-61612-M

## ORDER

The Court **REINSTATES** the appeal.

On October 23, 2014, we ordered the trial court to make regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) counsel requested the reporter's record on March 7, 2014; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requested thirty days from the December 16, 2014 findings to file the reporter's record.

We note that the reporter's record is six months overdue and the appeal has been abated for nearly sixty days pending receipt of the trial court's findings. Accordingly, we **ORDER**

Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the reporter's record by **4:00 p.m. on JANUARY 15, 2015**. No further extensions will be granted. If the record is not filed by the date and time specified, the Court will order that Belinda Baraka not sit as a court reporter until she files the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/ LANA MYERS
JUSTICE